```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/17/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

Davis,

                              Plaintiffs,           **ORDER RE STATUS CONFERENCE**

            -against-

The Gap, Inc.,                                          7:24-cv-3913 KMK-VR

                              Defendant.

-----------------------------------------------------------------X

**VICTORIA REZNIK, United States Magistrate Judge:**

      A Status Conference (via telephone) is hereby scheduled for **November 13, 2024 at 10:30 am.** The parties are to dial in to the ATT conference line at 877-336-1839, enter access code **5999739** and then # to enter the conference. At the Status Conference, the parties should be prepared to discuss the following:

      (1) a brief summary of claims, defenses, and relevant issues;
      (2) the basis of subject matter jurisdiction;
      (3) the subjects on which discovery may be needed;
      (4) any anticipated discovery disputes or sought-after limitations on discovery;
      (5) any plans for electronic discovery and ESI protocols;
      (6) any plans for confidentiality orders and orders relating to Fed. R. Evid. 502(d);
      (7) any anticipated motions; and
      (8) the prospects and timing for early settlement or resolution.

      **SO ORDERED.**

DATED:    White Plains, New York
               October 17, 2024

                                                        _____
                                                            VICTORIA REZNIK
                                                            United States Magistrate Judge