UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

Davis,

          Plaintiffs,

    -against-

The Gap, Inc.,

          Defendant.

----------------------------------------------------------------X

**ORDER RE STATUS CONFERENCE**

7:24 cv 3913  KMK-VR

**VICTORIA REZNIK, United States Magistrate Judge:**

  A Status Conference (via telephone) is hereby scheduled for **January 9, 2025  at 11:00 am** to discuss the Plaintiff's motion to amend the Complaint**.**  The parties are to dial in to the **Cisco Webex conference line at 855-244-8681, enter Meeting ID #2310 527 2044** and then # to enter the conference.

  SO ORDERED.

DATED:  White Plains, New York
      January 2, 2025

                  _____
                  VICTORIA REZNIK
                  United States Magistrate Judge