UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

Davis,

                              Plaintiffs,

      -against-

The Gap, Inc.,

                              Defendant.

----------------------------------------------------------------X

**CORRECTED**

**ORDER RE STATUS CONFERENCE**

7:24 cv 3913  KMK-VR

**NOTE DATE CHANGE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/3/2025

**VICTORIA REZNIK, United States Magistrate Judge:**

      A Status Conference (via telephone) is hereby scheduled for **January 10, 2025  at 11:00 am** to discuss the Plaintiff's motion to amend the Complaint.  The parties are to dial in to the **Cisco Webex conference line at 855-244-8681, enter Meeting ID #2310 527 2044** and then # to enter the conference.

      SO ORDERED.

DATED:    White Plains, New York
               January 3, 2025

_____
VICTORIA REZNIK
United States Magistrate Judge